AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Theodore R Veale
Dorothy S. Veale

V.

United States of America, et al

c/o Michael J. Sullivan,
Acting U.S. Attorney
District of Massachussetts
John Joseph Moakly U.S. Courthouse
Suite 9200
1 Courthouse Way, Boston, MA 02210

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 11526 GAO

TO: (Name and address of Defendant)

Michael J. Sullivan
Acting U.S. Attorney District of Massachusetts
John Joseph Moakly U.S. Courthouse,
Suite 9200, (9th Floor)
1 Courthouse Way, Boston, MA 02210

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Theodore R. Veale, Pro Se
45 B North Common Road,
Westminster, MA 01473

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

7-19-05

CLERK                                    DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE November 14, 2005 |
| NAME OF SERVER (PRINT) Scott W. Veale | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By Certified Mail to: Michael J. Sullivan, Acting U.S. Attorney, District of Massachusetts

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $5.25 | TOTAL 5.25 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-14-2005        X Scott Veale
              Date                Signature of Server

P.O. Box 1856,
Hillsboro, NH 03244
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

_____ District of _____

Theodore R. Veale et al.,

V.

United States of America, et al.,

United State Department
of Justice
For The District of
New Hampshire

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

5-11526 GAO

TO: (Name and address of Defendant)

U.S. Department of Justice
District of New Hampshire
c/o U.S. Attorney's Office
55 Pleasant St.,
Concord, NH 03301

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Theodore R. Veale, Pro Se
45B North Common Road,
Westminster, MA 01473

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

7-19-05

CLERK                                    DATE

(By) DEPUTY CLERK

◆AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | November 14, 2005 |
| NAME OF SERVER *(PRINT)* Scott W. Veale | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By Certified Mail to: U.S. Department of Justice For The District of New Hampshire

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $5.25 | TOTAL $5.25 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-14-2005     *Scott Veale*
              Date           Signature of Server

P.O. Box 1886
Hillsboro, NH  03244
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Theodore R. Veale, et al.,

V.

United States of America, et al

United States Bankruptcy Court
For The District of
New Hampshire

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of Defendant)

United State Bankruptcy Court
For The District of New Hampshire
1000 Elm Street, Suite 1001,
Manchester, NH 03101

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Theodore R. Veale, Pro Se
45 B North Common Road,
Westminster, MA. 01473

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                          7-19-05
CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | November 14, 2005 |
| NAME OF SERVER *(PRINT)* Scott W. Veale | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By Certified Mail to: U.S. Bankruptcy Court for The District of New Hampshire

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $5.25 | TOTAL $5.25 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-14-2005        *Scott Veale*
              Date              Signature of Server

P.O. Box 1886,
Hillsboro, NH 03244
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Theodore R. Veale, et al.,

v.

United States of America et al.,
Attorney General of the U.S.
Department of Justice

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05-11526 GAO

TO: (Name and address of Defendant)

Attorney General of the United States,
Department of Justice,
Washington, D.C. 20530

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Theodore R. Veale, Pro Se
45B North Common Road,
Westminster, MA 01473

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

7-19-05

CLERK                                                         DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | November 14, 2005 |
| NAME OF SERVER *(PRINT)* Scott W. Veale | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By Certified Mail to: Attorney General of the United States, Department of Justice

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $5.25 | TOTAL $5.25 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-14-2005      *Scott Veale*
                Date              Signature of Server

P.O. Box 1886,
Hillsboro, NH 03244
                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.