UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THEODORE R. VEALE,            )
DOROTHY J. VEALE,             )
                             )
        Plaintiff,            )   C.A. No. 1:05-cv-11526-GOA
                             )
        v.                    )
                             )
UNITED STATES OF AMERICA      )
        Defendant.            )
_____   )

**UNITED STATES' MOTION TO EXTEND TIME
TO FILE RESPONSE OF PLEADING**

The United States respectfully requests that the Court enter an order extending time to March 1, 2006 for it to file a responsive pleading to Theodore and Dorothy Veale's ("Veales") Amended Complaint.  In support the United States says:

1. The undersigned has sought and anticipates litigation reports from the various federal agencies identified in the Veales' Amended Complaint.  The undersigned submits that the agencies need additional time to prepare the litigation reports, which are necessary in order to properly answer or respond to the Amended Complaint in the above-captioned matter.

2. Simultaneously with this request, the undersigned filed a notice of appearance as counsel for the United States in the above captioned matter.

WHEREFORE, the United States respectfully request that the court to enter an order extending time until March 1, 2006 for it to file a responsive pleading to the Veales' Amended Complaint.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/Christopher Alberto
      Christopher Alberto
      Assistant U.S. Attorney
      John J. Moakley U.S.
      Courthouse
      1 Courthouse Way, Suite 9200
      Boston, MA  02210
Dated: February 1, 2006     (617) 748-3100

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document was served upon the persons listed below via first class mail on February 1, 2006 to Theodore and Dorothy Veale, 45B North Common Road, Westminster, MA 01473

     /s/Christopher Alberto
     Christopher Alberto
     Assistant U.S. Attorney

<u>LOCAL RULE 7.1 CERTIFICATION</u>

The undersigned has not conferred with the plaintiff because Rule 7.1(A)(2) requires "counsel" to confer and the plaintiff is pro se.

     /s/ Christopher Alberto
     CHRISTOPHER ALBERTO
     Assistant U.S. Attorney