```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                            )
THEODORE R. VEALE,          )
DOROTHY J. VEALE,           )
                            )
      Plaintiff,            )  C.A. No. 1:05-cv-11526-GOA
                            )
      v.                    )
                            )
UNITED STATES OF AMERICA    )
      Defendant.            )
_____)
```

**NOTICE OF APPEARANCE**

To the Clerk:

    Please enter my appearance in the above-captioned case as counsel for the Defendant, United States of America.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                          By: /s/Christopher Alberto
                              Christopher Alberto
                              Assistant U.S. Attorney
                              1 Courthouse Way, Suite 9200
                              Boston, MA  02210
Dated: February 2, 2006       (617) 748-3100
```

CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document was served upon the persons listed below via first class mail on February 1, 2006 to Theodore and Dorothy Veale, 45B North Common Road, Westminster, MA 01473

```
                               /s/Christopher Alberto
                              Christopher Alberto
                              Assistant U.S. Attorney
```

1