# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSSETTS

THEODORE R. VEALE, and
DOROTHY J. VEALE,
       Plaintiffs,

v.                              File No. 1:05-CV-11526

USA, et al.,
       Defendants.

## PLAINTIFF'S OBJECTION TO DEFENDANTS MOTION FOR EXTENSION

NOW COMES Plaintiffs, Theodore R. and Dorothy J. Veale, Pro se, and hereby OBJECTS to the Defendants' Motion for Extension of Time. In support of this Motion Plaintiffs state as follows;

1. On or about November 14, 2005 the defendants were served with the Complaint in this case, and were given until January 13, 2006 to file their Answer per Order of this Court.

2. Defendants failed and neglected to timely filed their Answer or Pleadings by January 13, 2006 and are now in Default. **SEE** – Plaintiffs Motion for Default filed February 7, 2006.

3. Defendants' Motion for Extension of Time to file their Answer is untimely and is not accompanied by a Motion for Late Filing and is therefore does not comply with local court rules.

4. None of the reasons cited by the Defendants in support of their Motion are valid reasons to excuse the defendants now from filing

their Answer by this date, considering that defendants have had more than an amble opportunity to review, investigate, and respond to this case from when they were served the original Complaint on or about November 14, 2005, and the subject Tort Claim on or about July 19, 1999, and have taken no action whatsoever to date to make any attempt or offer of settlement or adjustment to these federal administrative claims.

5. Defendants are not entitled to the amount of time requested in their Motion as they have had prior knowledge of this case and other cases over the past several years, and it would greatly and unjustly delay and prejudice this case to grant their Motion, and they are therefore not entitled to the relief requested.

6. Defendants were capable of responding to this case by now and earlier then the date they have requested an extension for.

WHEREFORE, Plaintiffs respectfully request the Honorable Court deny the Defendants' Motion for Extension of Time for the above reasons, and enter Default Judgment against the Defendants for failing to file their Answer or Pleading by this date, and grant such other and further relief as it deems equitable and just.

Respectfully submitted,

_____   _____
Theodore R. Veale, Pro se    Dorothy J. Veale, Pro se
45B North Common Road,
Westminster, Massachusetts 01473   (978) 874-1932

I hereby certify a copy of the foregoing Objection was this day mailed, postage prepaid, to the Defense Counsel of Record.

_____
Theodore R. Veale

Pg. -2