# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSSETTS

THEODORE R. VEALE, and
DOROTHY J. VEALE,
      Plaintiffs,

v.                      File No. 1:05-CV-11526 —GAO

USA, et al.,
      Defendants.

## MOTION FOR ENTRY
## OF JUDGMENT BY DEFAULT

NOW COMES Plaintiffs, Theodore R. and Dorothy J. Veale, Pro se, and hereby requests the Honorable Court enter Default Judgment in behalf of Plaintiffs against the Defendants. In support of this Motion Plaintiffs state as follows;

1. On or about November 14, 2005 the defendants were served with the Complaint in this case, and were given until January 13, 2006 to file their Answer per Order of this Court. (Document No. – 2)

2. January 13, 2006 has now passed and defendants have failed and neglected to timely file their Answer to the Complaint per Order of this Court and are now in Default. **SEE** - F.R.C.P. Rule 15 and 55.

3. Plaintiffs have established a satisfactory claim and right to relief by evidence against the Defendants for personal and property damages resulting from a long history of illegal crimes and injustice directly resulting from the Defendants' negligence.

Pg.- 1

4. Plaintiffs' Damages of ($28,000,000.00) Twenty-eight Million Dollars for the personal injuries, mental anguish, and property damages and losses resulting from the defendants' acts and failure to act in this case, involves more than 20 years of judicial usurpation and obstruction of justice through title fraud involving literally hundreds of acres of privately owned property located in New Hampshire, and therefore it can be reasonably determined to include this amount by the Court without the need of a hearing

5. Plaintiffs are therefore entitled to the entry of Judgment in Full by Default against the Defendants pursuant to F.R.C.P. Rule 55.

WHEREFORE, Plaintiffs respectfully request the Honorable Court;

   a. Grant this Motion for all of the above reasons;
   b. Schedule a hearing pursuant to F.R.C.P. Rule 55(b)(2) if the Court deems necessary;
   c. Enter Judgment by Default in Full for the $28,000,000.00 claimed damages plus costs against the Defendants; and,
   d. Grant such other injunctive and other further relief as the Court deems equitable and just.

Respectfully submitted,

_____    _____
Theodore R. Veale, Pro se     Dorothy J. Veale, Pro se
45B North Common Road,
Westminster, Massachusetts 01473  (798) 874-1932

   I hereby certify a copy of the foregoing Motion was this day mailed, postage prepaid, to the Defense Counsel of Record.

_____
Theodore R. Veale

Pg. -2