UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THEODORE R. VEALE, ) <br> DOROTHY J. VEALE, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> UNITED STATES OF AMERICA ) <br> ) <br>     Defendant. ) <br> ) | C.A. No. 1:05-cv-11526-GAO |

### UNITED STATES' MOTION TO EXTEND TIME TO FILE RESPONSE TO AMENDED COMPLAINT

The United States respectfully requests that the Court enter an order extending time to March 15, 2006 for it to file a responsive pleading to Theodore and Dorothy Veale's ("Veales") Amended Complaint. In support the United States says:

The undersigned learned today that the United States District Court for the District of Vermont issued a twenty-one page Opinion and Order ("Opinion") granting a motion to dismiss a complaint filed by David Veale, which contain the same allegations and claims found in the instant Amended Complaint. See Opinion and Order, docketed 2/27/2006, David T. Veale v. U.S., et al. Civil Action No. 05-cv-105 (USDCt Vt). While David Veale's parents are the named plaintiffs on the Amended Complaint filed with this Court, that Opinion is dispositive to many of, if not all of, the claims contained in the Amended Complaint filed with this Court. Therefore, the United States requests the additional time to analyze that opinion and apply its holding to

this case.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                  United States Attorney

                           By: /s/Christopher Alberto
                                Christopher Alberto
                                Assistant U.S. Attorney
                                John J. Moakley U.S. Courthouse
                                1 Courthouse Way, Suite 9200
                                Boston, MA  02210
Dated: March 1, 2006                (617) 748-3100

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing document was served upon the persons listed below via first class mail on March 1, 2006 to Theodore and Dorothy Veale, 45B North Common Road, Westminster, MA 01473.

                                /s/Christopher Alberto
                                Christopher Alberto
                                Assistant U.S. Attorney

## LOCAL RULE 7.1 CERTIFICATION

     I, Christopher Alberto, hereby certify I dialed the Veales' telephone number noted on the Amended complaint and was informed that the number has been "disconnected."  Moreover, Local Rule 7.1 requires "counsels" to confer and the Veales are pro se; therefore, the requirement to confer before filing a motion is inapplicable.

                                /s/Christopher Alberto
                                Christopher Alberto
                                Assistant U.S. Attorney