```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS

THEODORE R. VEALE                    )
DOROTHY J. VEALE,                    )
                                     )
          Plaintiffs,                )
                                     )
     v.                              ) Civil No. 1:05-CV-11526-GAO
                                     )
UNITED STATES OF AMERICA, et al.,    )
                                     )
          Defendants.                )
                                     )
```

**UNITED STATES' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT AND FOR PROTECTIVE ORDER**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, moves this Court, for the reasons set forth in its accompanying Memorandum in Support of its Motion to Dismiss Plaintiff's Amended Complaint and for Protective order, to issue an order dismissing the *pro se* Plaintiffs Theodore and Dorothy Veale's ("Veales") Amended Complaint and requiring the Veales and their sons, David and Scott Veale, to obtain leave of court before filing any further complaints.

Wherefore, the United States requests this Court to issue an order dismissing Plaintiffs' Amended Complaint and granting a protective order requiring the Veales and their family to request leave before filing claims in this court again.

                                                      Respectfully submitted,

                                                      UNITED STATES OF AMERICA

                                                      MICHAEL J. SULLIVAN
                                                      United States Attorney

```
                              By: /s/ Christopher Alberto
                                  CHRISTOPHER ALBERTO
                                  Assistant U.S. Attorney
                                  John J. Moakley U.S. Courthouse
                                  1 Courthouse Way, Suite 9200
                                  Boston, MA  02210
Dated: March 15, 2006             617-748-3100
```

## Certificate of Service

I, Christopher Alberto, hereby certify that I caused a copy of the Defendant's Motion to Dismiss Plaintiffs' Amended Complaint and for Protective Order to be served on the *pro se* plaintiffs by First Class mail.

```
                              /s/ Christopher Alberto
                              CHRISTOPHER ALBERTO,
                              Assistant U.S. Attorney
```

## Local Rule 7.1 Certificate

I, Christopher Alberto, attempted to call the Veales at the telephone contact number given by them on the Amended Complaint (978-874-1932), but was informed by a telephone company recording that it had been "disconnected." Moreover, Local R.7.1 requires "counsels" to confer, that Rule's provision does not require counsel to confer with "pro se" parties before filing a motion.

```
                              /s/ Christopher Alberto
                              CHRISTOPHER ALBERTO,
                              Assistant U.S. Attorney
```