UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THEODORE R. VEALE and DOROTHY J. VEALE
        Plaintiff(s)

v.             CIVIL ACTION NO. 05-11526-GAO

UNITED STATES OF AMERICA
        Defendant(s)

## JUDGMENT IN A CIVIL CASE

O'TOOLE, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the court's Memorandum and Order, dated July 20, 2006, the United States' motion to dismiss the plaintiffs' amended complaint ( Dk# 9) is GRANTED and the amended complaint ( Dk#3) is DISMISSED WITH PREJUDICE.

SARAH A. THORNTON,
CLERK OF COURT

Dated: 7/24/06            By Paul Lyness
                                                      Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)